# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2463

_____

GLENN MICHAEL SWEARENGIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy Register, Judge.

December 20, 2023

PER CURIAM.

AFFIRMED. *See Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA 2023) (holding that the State was not required to request the imposition of the $100 mandatory state attorney cost before the court assessed it).

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.